AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 05, 2024**

SEAN F. McAVOY, CLERK

DARYL LEE BARRIER
*Plaintiff*

v.

WASHINGTON STATE PENITENTIARY and JOHN CLARIDGE
*Defendant*

Civil Action No. 4:23-cv-05129-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Plaintiff's Motion, ECF No. 12, is GRANTED and the First Amended Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for voluntary dismissal.

Date: 1/5/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham